UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Dana Jackson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20106-DRH |
| *Neial Clark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13036-DRH |
| *Denise L. Murphy, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10985-DRH |
| *Mary E. Ball, et al. v. Bayer Corporation, et al.* | No. 12-cv-11177-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.04.23
09:36:55 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT